**Dismissed and Memorandum Opinion filed September 29, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00568-CR

## CHRISTOPHER MICHAEL DUPUY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13CR1365**

## M E M O R A N D U M   O P I N I O N

Appellant was placed on deferred adjudication community supervision for abuse of official capacity. The State filed a motion to adjudicate. The trial court signed an order releasing appellant on personal bond and imposing certain bond conditions. Appellant filed an application for writ of habeas corpus challenging the bond order. The trial court denied the application. Appellant filed a notice of appeal from the denial of his application for habeas corpus. That appeal was assigned to this court and docketed as appeal number 14-16-00568-CR.

On August 5, 2016, the trial court granted the State's motion to adjudicate and signed a judgment adjudicating guilt. Appellant filed a notice of appeal from that judgment. The appeal was assigned to this court and docketed as appeal number 14-16-00683-CR.

The judgment adjudicating guilt renders the issue of pretrial bond moot. *See Ex parte Morgan*, 335 S.W.2d 766, 766 (Tex. Crim. App. 1960); *Ex parte Bennet*, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th Dist.] 1991, no pet.) (stating that "where the premise of a habeas corpus application is destroyed by subsequent developments, the legal issues raised thereunder are rendered moot.").

Accordingly, we **DISMISS** this appeal as moot. Appeal number 14-16-00683-CR remains pending.


PER CURIAM


Panel consists of Justices Jamison, McCally, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).